**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

<u>**COURTROOM MINUTES**</u>

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 22, 2013 |
| Court Reporter: Janet Coppock | Time: 38 minutes |
| Probation Officer: Laura Ansart | Interpreter: Susanna Cahill |

**CASE NO.  12-CR-00514-PAB**

<u>Parties</u>                                                    <u>Counsel</u>

**UNITED STATES OF AMERICA,**                Robert Brown


            Plaintiff,

vs.


**PEDRO OSWALDO CORONEL-APAIZ,**        Matthew Belcher



            Defendant.


**CHANGE OF PLEA and IMMEDIATE SENTENCING**


**3:47 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**Court Exhibit One** - Plea Agreement;  **Court Exhibit One-A** - Spanish Translated Plea Agreement; **Court Exhibit Two** - Statement by Defendant in Advance of Plea of Guilty **Court Exhibit Two-A** - Spanish Translated Statement by Defendant in Advance of Plea of Guilty  - tendered to the Court with translator certifications.

Page Two
12-CR-00514-PAB
February 22, 2013

Waiver of Indictment and Information tendered to the Court.

Court executes Waiver of Indictment.

Defendant sworn and answers true name;  Defendant is **32** years old.

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Discussion regarding defendant's waiver of certain appellate rights.

Defendant advised of the potential of long term imprisonment and the result of deportation.

Defendant's right to trial to jury and other constitutional rights explained.

Defendant pleads **GUILTY** to the **Information.**

The Court finds that the defendant has voluntarily, knowingly and intelligently entered a plea of guilty.  The Court finds that the defendant's plea is not the result of mistake, misunderstanding, fear coercion or undue influence.

The Court finds the defendant's plea is not a result of any promises or representation made to him by anyone including his own attorney expect as to those matters disclosed in open court and included in the parties' plea.

The Court finds the defendant understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment, the maximum fine, special assessment fee and terms of supervised release that the Court may impose under the terms of his plea agreement.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by a competent and effective counsel with whom he has no objection, criticism or complaint.

**ORDERED:**  Defendant's plea of **GUILTY** is **ACCEPTED** and the defendant is adjudged guilty of the offense(s) he has pled to.

**ORDERED:** Court Exhibits One, One-A, Two, and Two-A are **ADMITTED.**

**ORDERED:**  Any pending pretrial motions are deemed **MOOT.**

Page Three
12-CR-00514-PAB
February 22, 2013

**ORDERED:**  Trial scheduled for February 25, 2013 is **VACATED.**

**4:17 p.m.**  **IMMEDIATE SENTENCING**

**ORDERED:** The statement of facts in the Plea Agreement and the Sentencing Memorandum are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Mr. Belcher addresses sentencing.

Mr. Brown addresses sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Document No. 20 is **GRANTED.**

Defendant entered his plea on **February 22, 2013** to the **Information.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **time served.**

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney.

Page Three
12-CR-00514-PAB
February 22, 2013

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of
Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**4:25 p.m.     COURT IN RECESS**

**Total in court time:        38 minutes**

**Hearing concluded**